# EXHIBIT A

# Commonwealth of Massachusetts

SUFFOLK, ss.

RECEIVED
DEC -9 2013
ELEANOR D. ACHESON
VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 13-4232

John Moore , Plaintiff(s)

v.

Amtrak Est. Dept. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon John Moore 7 Rita Lane Lawrence MA, 01843 plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the _Second_ _____ day of _December_, in the year of our Lord two thousand . 13 .

Michael Joseph Donovan
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY: _____ | DOCKET NO 13-4232 B |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| JOHN MOORE | AMTRAK E.T. Dept. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>JOHN MOORE (978) 806-7612<br>7 RITA LANE<br>LAWRENCE MA 01843 | ATTORNEY (IF KNOWN)<br>RECEIVED DEC -9 2013<br>ELEANOR D. ACHESON<br>VICE PRESIDENT GENERAL COUNSEL CORPORATE SECRETARY |
| BBO# | |

Origin code and track designation

Place an x in one box only:
[ ] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/ Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employment Discrimination | F | Yes/No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses
  2. Total Doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe)
     Subtotal $
B. Documented lost wages and compensation to date  $
C. Documented property damages to date  $
D. Reasonably anticipated future medical and hospital expenses  $
E. Reasonably anticipated lost wages  $
F. Other documented items of damages (describe)  $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Total $

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL  $............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record X John Moore    Date: X 12/9/2013

A.O.S.C. 3-2007

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                            SUPERIOR COURT
                                                        CIVIL ACTION
                                                        NO. 13-4232 B

John Moore
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.                                                     COMPLAINT

AMtrak
DEFENDANT(S) (PRINT NAME CLEARLY)

44 Market St, Cambridge MA. 02139

**PARTIES**

1. Plaintiff(s) reside(s) at  7 Rita Lane, Lawrence,
                              Street           City or Town
   in the County of  MASS                      01843

2. Defendant(s) reside(s) at  AMtrak
   in the County of  253 Summer St, Boston MA.
                              Street           City of Town
   2nd Floor

**FACTS**

3. Foreman evaluation that was reason given for termination I received a scaled score of just under 50%. If I had scored even slightly higher, I would not have been terminated. The question therefore, is whether my score was affected by my Race. Nobody has ever failed based on Forman evaluation (Just CDL issues). →

Moore was objectively qualified/licensed, CDL test score).

4. Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____    No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

WHEREFORE, plaintiff demands that:
My Job Back and for pain and suffering and loss wages Hardship on my family. Reinbustment for all unjustic that was Done to me of loosing my Job.

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 12/3/2013

Signature of Plaintiff(s): John Moore

Street Address: 7 Rita Lan

Mailing Address →

City/Town: Lorence, MA.

Telephone: (978) 806-7612





From: (617) 345-7608
Suzanne Allan
AMTRAK HUMAN CAPITAL
253 SUMMER STREET
SUITE 204
BOSTON, MA 02210

Origin ID: LWMA

SHIP TO: (202) 906-2859
Ghazal Parsa
Amtrak - Law Department
60 MASSACHUSETTS AVE NE

WASHINGTON, DC 20002

BILL SENDER

J1320:1306280326

FedEx Express

Ship Date: 06DEC13
ActWgt 1.0 LB
CAD: 29493664/INET3430

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK# 7973 3081 9665   0201

EP YKNA

MON - 09 DEC 10
PRIORITY OVERN

