# EXHIBIT B

*Blank and Solomon Law Offices*    RECEIVED AUG 2 6 2014

**GARRY N. BLANK**
**DANIEL SOLOMON**
**NICHOLAS P. FRYE**

*449 Route 130*
*Sandwich, Massachusetts 02563*
**(508) 888-5900**
**Fax (508) 888-5925**
garryblank@comcast.net

*11 Beacon Street, Ste 325*
*Boston, Massachusetts 02108* **Tel.**
**Tel. (617) 367-5800**
**Fax (617) 367-5820**
dan@blankandsolomon.com
frye@blankandsolomonlaw.com

---

August 22, 2014

Attorney Peter J. Mee
Morgan, Lewis & Bockius LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

RE:    John Moore v. Amtrak
       Suffolk Superior Court, Docket # 13-4232

Attorney Mee,

      Pursuant to Superior Court Rule 9A, enclosed please find:

        o  Defendant's Motion to Amend Complaint
        o  Defendant's Proposed Amended Complaint

      Please send your opposition, if any, pursuant to the Superior Court Rule
9A to 11 Beacon St. Ste 325, Boston, MA 02108.

Respectfully Yours,

Nicholas P. Frye, Esq.
Blank and Solomon Law Offices
11 Beacon St. Suite 325
Boston, MA 02108
(617) 367-5800

1

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT

Suffolk, ss.                                          SUFFOLK SUPERIOR COURT
                                                      Civil Action No. 13-4232B

John Moore

v.

AMTRAK


**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

John Moore, Plaintiff in the above-captioned matter, moves this Court pursuant to M.R.C.P 15(a)

and (b) leave to amend his Complaint. As reasons in support thereof, Plaintiff states as follows:

1.  Plaintiff filed the original complaint as a *pro se* litigant.

2.  When plaintiff filed the original complaint, Plaintiff was under a great deal of pressure to
    have the complaint filed prior to the expiration of the statute of limitations.

3.  Due to the filing being time sensitive, coupled with plaintiff being a *pro se* litigant with
    no legal training or experience, plaintiff failed to included facts and causes of action in
    the original complaint.

4.  After filing the original complaint, plaintiff was subsequently able to retain private
    counsel.

5.  Plaintiff's counsel filed his appearance on July 17, 2014.

6.  There are currently no motions pending before the court in this matter.

7.  This matter has not yet been scheduled for trial, and the resolution deadline is currently
    scheduled for September 23, 2015.

8.  Defendant will not suffer unfair prejudice by the allowance of this motion.

1

9. The statute allowing the amendments of pleading is construed liberally. *Maker v. Bouthier,* 242 Mass. 20, 23 (1922).

10. An amendment of the complaint is required for the pleadings to comply with evidence available to the plaintiff. Church v. *Boylston and Woodbury Café Co.*, 218 Mass. 231, 105 N.E. 883 (1914).

11. The additional facts and causes of action contained within the proposed amended complaint, filed herewith, support the original theory of plaintiff's case. *Brooks v. Boston & N. St. Ry. Co.*, 211 Mass. 277, 279 (1912).

12. The plaintiff has in his proposed amended complaint set forth a complete set of facts and causes of actions known to him at this time.

13. Justice requires this Court allow Plaintiff to amend his complaint. *Lewis v. Russel,* 304 Mass. 41, 45, 22N.E.2d 606, 608-609 (1939),

WHEREFORE, plaintiff request that Court allow Plaintiff's Motion to Amend Complaint. Should the Court fail to allow the motion *sue sponte*, plaintiff requests a hearing on the motion.

John Moore
Submitted by counsel

Nicholas Frye BBO# 682252
Blank and Solomon
11 Beacon St. Ste 325
Boston, MA 02108
Tel: 617-367-5800
Fax: 617-367-5820

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT

Suffolk, ss.

SUFFOLK SUPERIOR COURT
Civil Action No. 13-4232B

)
John Moore,              )
Plaintiff            )                 **AMENDED COMPLAINT**
)
v.                )
)
Amtrak,             )
Defendant         )
)

## Introduction

This is a claim for discrimination based on race, breach of contract, and breach of the covenant of good faith and fair dealing, and wrongful termination. Mr. Moore is an African-American, a member of a protected class. Mr. Moore accepted his offer of employment as a Catenary Lineman on January 29, 2011. While employed by Amtrak and during the course of his work, Mr. Moore suffered a severe injury that required surgery on his rotator cuff. Pursuant to regulations, Amtrak was notified of said injury. Mr. Moore received a termination of employment letter on August 1, 2011, one day after the expiration of this probationary period. As reasons for his termination Amtrak cited poor performance test scores, despite that fact that Mr. Moore achieved passing scores in every category, except one. The category Mr. Moore did not pass he was unable to retake due to his termination, which contrasts the opportunities to retake failed portions of the exam that was provided to white employees who had failed similar categories on their tests. Mr. Moore was unable to complete his testing due to his termination, and Amtrak cites this incompletion as their justification for termination. Mr. Moore alleges that

1

he was terminated because of his race or alternatively that he was unlawfully terminated after having lawfully reported an injury to his employers.

## PARTIES

1. Plaintiff John Moore is an individual who resides at 7 Rita Lane, Lawrence, Massachusetts and was at all times relevant to this Complaint an employee of Amtrak as defined in M.G.L. c. 151.

2. Defendant Amtrak is a public employer located at 253 Summer St. Boston, Massachusetts and was at all times relevant to this Complaint an employer as defined in M.G.L. c. 151.

## FACTS

1. Plaintiff is an African-American man, a member of a protected class.

2. Plaintiff accepted his offer of employment with the Defendant on January 29, 2011. See Exhibit A.

3. Pursuant to the terms of the employment offer, Mr. Moore was to begin a 180-day "probationary period" from the start of his employment. Exhibit A.

4. Plaintiff was required to attend a mandatory "new employment orientation" on February 2, 2011. Exhibit A.

5. Plaintiff's position as an ET Catenary Lineman was to be effective as of February 9, 2011. Exhibit A.

6. Plaintiff was to be compensated at twenty-three dollars and twelve cents ($23.12) per hour. Exhibit A.

2

7.   The employment contract is ambiguous as to whether the "probationary period" was to begin on February 2, 2011 or February 9, 2011.

8.   The January 25, 2011 offer letter makes no reference to any testing during this probationary period.

9.   The new hiring class that Plaintiff was a part of consisted of five employees.

10.  Four of the five employees where Caucasian.

11.  Plaintiff was the only African-American trainee in his class.

12.  On May 26, 2011 Plaintiff was injured while working at Defendant's Providence location.

13.  Plaintiff reported the injury to two foremen named Bob (L/N/U) and John (L/N/U).

14.  Plaintiff attempted to continue working through the injury in fear of being terminated.

15.  Plaintiff had heard direct statements from fellow employees and supervisors that if a person gets injured during their probationary period, typically that person is terminated.

16.  Plaintiff had a legitimate and realistic fear of being terminated as a result of his injury.

17.  Despite this fear, Plaintiff reported the injury to Amtrak. See Exhibit B.

18.  Plaintiff's injury was so severe that Plaintiff ultimately required rotator cuff surgery.

19.  On July 20, 2011 Plaintiff was scheduled for his 6-month test on August 11, 2011. See Exhibit C.

20.  Plaintiff was terminated on August 1. 2011. See Exhibit D.

21.  On August 1, 2011 Assistant Division Engineer Michael Pool and Supervisor Greg Brandon, called Plaintiff in to discuss his termination.

22.  Pool presented plaintiff with a letter of termination. See Exhibit D.

23. During this conference, a specific reference to the Plaintiff's speech and an inability to understand him was cited as a reason for his termination.

24. Plaintiff speaks with a southern "drawl".

25. Plaintiff understood this statement as a reference to him sounding like a stereotypical southern black person.

26. Defendant's employment history indicates a lack of hiring black trainees to full employment.

27. Pool and Brandon also cited poor test scores on Plaintiff's Lineman Trainee Evaluation a/k/a Field Performance Evaluation as justification for the termination.

28. A passing score on the Field Performance Evaluation is at least 50 percent.

29. The various categories are scaled on a score from 1-5 totaling a maximum score of 55, before being scaled.

30. Plaintiff received a raw score of 127, totaling 48.85 percent on the evaluation. See Exhibit E.

31. These performance reviews were conducted on June 6, June 7, and July 28. See Exhibit E.

32. Plaintiff asserts that he was subjected to extremely unfair scrutiny during these evaluations due to his race, which are readily apparent by reviewing the evaluations. Exhibit F.

33. There are numerous discrepancies on the quality of Plaintiff's work amongst the evaluators. Exhibit F.

34. One evaluator notes that Plaintiff "gets job done" while another says he "needs to show more improvement". Exhibit F.

4

35. One evaluator notes that Plaintiff is a "team player", while another described plaintiff as a "loner". Exhibit F.

36. Plaintiff scored equal to, and in some cases higher, than his fellow trainees in the 19 scored categories of basic training. See Exhibit G.

37. A prominent racial bias against Plaintiff is seen, when his scores are compared to that of the five Caucasian employees being evaluated along with him. See Exhibit E; Exhibit G.

38. During the course of Plaintiff employment, Plaintiff never missed a day of work, he never rescheduled any shifts, and he never appeared to work late.

39. Plaintiff received several evaluation comments that stated he was never late, never missed work, and that he was typically early. Exhibit F.

40. Despite his flawless attendance, Plaintiff was only given a three (3) in the attendance category on a scale of 1-5. Exhibit E.

41. Similarly situated white trainees, who also had good attendance, were given scores of fives and fours. Exhibit E.

42. If the evaluators rated Plaintiff's attendance on the same standard the white employees in his class, Plaintiff would have received a passing score over 50%. Exhibit E.

43. Plaintiff's scores show that he received passing and above average grades in all but one section titled "insulators".

44. All Caucasian trainees had an opportunity to retake any portion of the test if they failed one.

45. Plaintiff was not given an opportunity to retake the "insulators" portion of the test.

46. Defendant asserted that an additional reason for Plaintiff's termination was that Plaintiff did not complete additional tests to be considered for hiring.

47. Plaintiff was unable to complete these portions of the tests because they were scheduled for August 11, 2011, but Defendant terminated Plaintiff on August 1, 2011. See Exhibit C; Exhibit D.

48. Plaintiff had the highest score of all the trainees in the ATM2 test and the Pole climbing test.

49. Despite subpar scores from the similarly situated white trainees, those trainees were able to keep their employment.

50. Subjective evaluations are vulnerable to discriminatory animus.

51. The employment contract is ambiguous as to when the probationary period would commenced, merely stating that is started at the commencement of employment.

52. Plaintiff asserts that the probationary period began on February 2, 2011 when he attended the mandatory new employee training, and that his termination occurred exactly one day after the expiration of the 180 day probationary period.

53. Alternatively, the probationary period would have started on February 9, 2011, and the Plaintiff would have been terminated merely seven days prior to the expiration of his probationary period.

54. Defendant terminated Plaintiffs employment contract without just cause, after the expiration of the 180 probationary period.

55. Alternative if the probationary period began on February 9, 2011, Defendant terminated Plaintiffs employment contract without just cause and with bad faith intent to prevent Plaintiff from achieving full employment despite being duly qualified and having complied with his obligations of the employment contract.

56. Plaintiff asserts that if he was not terminated as a result of a discriminatory bias in his evaluation scoring, than he was terminated as a result of reporting an injury that occurred during work.

## CLAIMS

### Count I
### Discrimination in violation of M.G.L. c. 151B §4(1)

57. The Plaintiff restates all prior paragraphs as if stated fully herein.

58. Mr. Moore is a member of a protected class under M.G.L. c. 151B.

59. During his employment with the Defendant, Mr. Moore was subjected to unequal and significantly harsher treatment by his supervisors than his similarly situated white co-workers were treated.

60. Plaintiff's performance evaluations were subjected to discriminatory amicus.

61. Plaintiff was treated unequally and worse than similar situated white employees as a result of his accent that is typically associated with the southern black population.

62. Plaintiff was subjected to these unequal, unacceptable working conditions and ultimately terminated because of his race in violation of M.G.L. c. 151B.

63. As a result thereof Mr. Moore suffered and continues to suffer damages.

### Count II
### Breach of Contract

64. The Plaintiff restates all prior paragraphs as if stated fully herein.

65. Plaintiff and Defendant entered into a contract.

66. Plaintiff did all, or substantially all, of the significant things that were required of him to do pursuant to the terms of that contract.

67. All conditions required by the contract to trigger the Defendant's performance of his obligations under the contract were performed or otherwise excused.

68. Defendant failed to perform their obligations that the contract required them to do.

69. Defendant failed to retain Plaintiff as a permanent employee after the expiration of his probationary period.

70. Defendant terminated Plaintiff's employment without just cause, thereby preventing him from enjoying the benefits of permanent employment.

71. Defendant engaged in conduct prohibited by the terms of the contract.

72. As a result thereof Plaintiff suffered and continues to suffer injury.

### Count III
### Breach of Covenant of Good Faith and Fair Dealing

73. The Plaintiff restates all prior paragraphs as if stated fully herein.

74. Plaintiff and Defendant entered into a contract.

75. Plaintiff did all, or substantially all of the significant things that the contract required him to do.

76. That all conditions required to trigger the Defendant's performance were met or otherwise excused.

77. Defendant unfairly interfered with Plaintiff's right to receive the benefits of the contract.

78. Plaintiff was duly qualified to become a permanent employee at Amtrak.

79. Defendant terminated Plaintiff before the expiration of his probationary period specifically to prevent Plaintiff from achieving permanent employee status.

80. Defendant terminated Plaintiff as a result of discrimination or, alternatively, in retaliation of Plaintiff reporting an injury sustained while working for Defendant

81. As a result thereof Plaintiff suffered and continues to suffer injury.

8

### Count IV
### Wrongful Termination in Violation of Public Policy

82. The Plaintiff restates all prior paragraphs as if stated fully herein

83. Plaintiff asserted a legal right by reporting his injury suffered while working to his employer in preparation of filing a worker's compensation claim.

84. Defendant's agents warned Plaintiff prior to reporting the injury that if Plaintiff reported the injury he would likely be terminated.

85. Plaintiff was duly qualified and physically able to continue his employment.

86. After sustaining  and reporting the injury, Plaintiff was labeled by Michael Pool and other supervisors employed by Defendant as being unsafe in the work place.

87. Michael Pool cited Plaintiff's lack of safety as a reason for Plaintiff's termination.

88. Michael Pool only labeled Plaintiff as being unsafe, after the injury was lawfully reported.

89. Defendant terminated Plaintiff's employment in response to Plaintiff reporting his injury and in anticipation of Plaintiff asserting a lawfully guaranteed right to file a worker's compensation claim.

90. As a result thereof Plaintiff suffered and continues to suffer injury

### PRAYER FOR RELIEF

1. The plaintiff requests that this honorable Court enter judgment in the Plaintiff's favor on all counts and award:

    a. Damages for emotional distress;

    b. Actual and Punitive damages

    c. Attorney's fees and costs; and

    d.  Any other damages this Court deems to be just and fair

**The plaintiff demands a trial by jury in all issues so triable.**

John Moore
Submitted by counsel

Nicholas Frye BBO# 682252
Blank and Solomon
11 Beacon St. Ste 325
Boston, MA 02108
Tel: 617-367-5800
Fax: 617-367-5820

# Exhibit A



January 25, 2011

John Moore
7 Rita Lane
Lawrence, MA 01843



Dear Mr. Moore:

We are delighted to confirm our offer of employment and welcome you as a member of the Amtrak team.

The specifics of this offer are as follows:

| | | |
|---|---|---|
| Position | - | ET Catenary Lineman |
| Department | - | Electric Traction—Engineering |
| Location | - | Training:  MOW Base—Groton, CT |
| | | Regular:  MOW Base—Boston, MA |
| Effective Date | - | February 9, 2011 |
| Pay Rate | - | $23.12/hour |

Under separate cover, you will receive information about your hotel reservation and travel arrangements.  Please note that, prior to leaving for training, you are scheduled to attend a "New Employee Orientation" session on **Wednesday, February 2, 2011 at 10:00 AM** at Amtrak Human Resources, 253 Summer Street, Suite 204, Boston, MA 02210, Tel. 617.345.7608.

As a condition of employment, Amtrak requires electronic direct deposit of your salary. Under the provisions of the Electronic Fund Transfer Act, you will incur no cost associated with the direct deposit authorization and you may choose the financial institution(s) in which your salary will be deposited. Enclosed please find an authorization for direct deposit form, please complete this form in its entirety. To assist us with this process, please include a voided check and any other required bank account information, according to the instructions stated on the enclosed direct deposit authorization form.

This offer is contingent upon a favorable background check and your successful completion of a post-offer physical, including a drug screen.

Approximately two weeks following your start date, you will receive a separate package from the Amtrak Benefits Service Center, 1-800-481-4887, www.amtrakbenefits.com regarding your new Amtrak benefits. You have 31 days to review the information and make elections for medical coverage, healthcare/dependent day care spending

accounts, parking transportation accounts. Basic life and accidental death and dismemberment insurance are automatic; vision and dental coverage is available after 12 months of employment. Please note that the benefit plans you elect, subsequent deductions for your medical plan, if any, will be retroactive to your Amtrak start date so it is important to make your elections timely.

In order to verify employment eligibility, as outlined by INS guidelines, please bring your driver's license and social security card or U.S. Passport; or any other documents that establish your identity and employment eligibility. In addition, as noted in the enclosed checklist instructions, please provide two passport quality, color photos of yourself no larger than 2½ inches by 2½ inches. These photos will be used to produce your Amtrak employee identification badge, which you are required to wear at all times while on Amtrak property.

* For your information, Amtrak has a policy regarding the employment of relatives. It is our policy that no employee may participate in the interviewing process or influence the selection of his or her relative; directly supervise his or her relative; influence or make decisions regarding a relative's term of employment; or work on the same projects involving confidential information or financial transactions with a relative.

Based on your collective bargaining agreement, your first 180 days of employment are considered a probationary period. You must join and maintain membership in the (IBEW) International Brotherhood of Electrical Workers the collective bargaining agent representing your craft, within sixty calendar days after you first perform compensated service in this position.

Please confirm your acceptance of this offer below, and return a copy to me for our files. If you have any questions, please contact our office. Again, congratulations and welcome to Amtrak!


Sincerely,

Charles Fuller
Human Resources Department

CC: Labor Relations

ACCEPTED: _John B. Moxx_____

Name

Date _1/29/2011_

# Exhibit B

 **AMTRAK®**

# MEDICAL INFORMATION AND CONSENT
*(To be completed and signed by the injured person and the medical provider)*

**Fax the completed form to Central Reporting at 1-800-888-2185.**

## Injured Person Information:

| Last Name: MOORE | First Name: John | MI: D. | Employee ID No.: 00807709 |
|---|---|---|---|

| Address: 7 RITA LAN | City: LAWRENCE | State: MA. | Zip: 01843 |
|---|---|---|---|

| Occupation: E.L. Lineman Trainee | Place of Injury/Illness: Left Sholder | Railroad: AMTRAK | Division: ☒ NED |
|---|---|---|---|

| Injury/Illness Date: 5/29/2011    Incident Time: ☐ AM  ☑ PM | Date of Initial Treatment: 5/27/2011 | Department: ☐ Transportation ☐ Mechanical ☑ Engineering ☐ Operations ☐ Other |
|---|---|---|

## Release of Information/Case Consent:

I hereby authorize and direct you to release to Amtrak and its authorized representatives any and all health and medical information, including all records, reports, notes, diagnostic tests and imaging studies, and all other information relating to my medical history, diagnosis, and treatment. This also authorizes you to communicate with Amtrak, in writing, orally, or by other means (e.g. electronically, by e-mail) in order to discuss and/or exchange information concerning my injuries, illness, condition, and treatment.

A copy of this authorization shall be as effective as the original. This authorization shall remain in full force and effect until revoked by me in writing.

John MOORE   on   6/3/2011
Printed Name           Date

**Signature of the Injured Person:** John Moore          **Date:** 6/3/2011

## Medical Treatment Information:

Diagnosis of Injury/Illness: Acute Bursitis vs Rotator Cuff

| How did injury occur? Removing ground cable | | | |
|---|---|---|---|

| Were X-Rays Taken?    If yes, Type:    Results: | | ☐ Yes ☐ No |
|---|---|---|

| Was prescription Medication given at time of treatment? | | ☐ Yes ☐ No |
|---|---|---|
| Was prescription Medication Prescribed? | | ☐ Yes ☐ No |

If yes, type:   Prescription Name: Vicodin.   Prescription Strength:
              Prescription Name: Motrin   Prescription Strength:

| Primary Care Physician:  Name: Dr. ~~Jackson~~ Eaton. | Phone Number: |
|---|---|

Height:   ft   in   Weight:

| Did the injured person receive a closure device (i.e. sutures, stitches etc.)?   If yes, Type: | ☐ Yes ☐ No |
|---|---|
| Did the injured person receive an immobilization device (i.e. cast, sling, etc)? If yes, Type: Sling | ☐ Yes ☐ No |

| Is the injured person able to resume normal work activities immediately after treatment? | ☐ Yes ☐ No |
|---|---|

If ☒ No

| Total days of restricted activity: unknown   As of: / / | Total days of lost time:   As of: / / |
|---|---|

| Did the injured person lose consciousness? | ☐ Yes ☒ No |
|---|---|
| Was the injured person hospitalized for treatment as an inpatient? | ☐ Yes ☒ No |

| Describe prior Injuries/Problems to the symptomatic area: | | |
|---|---|---|
| Prior work/lifting/sports/traumatic/MVA injuries? If yes, describe: — No. | ☐ Yes ☐ No |
| Prior PT/Chiropractic/Orthopedic treatment? If yes, describe: | ☐ Yes ☐ No |

Describe the Treatment Given: Ice, Rest, Motrin

List of hobbies:

Comments:

| Printed Name of Treating Facility: | Phone Number of Treating Facility: | |
|---|---|---|

**Physician's Signature:** Joe Jones          **Date:** / /

NRPC 488 (10/06)                    Amtrak is a registered service mark of the National Railroad Passenger Corporation.

# Exhibit C

| Amtrak® | ELECTRIC TRACTION - LINEMAN TRAINING |
|---|---|
| Training | Test Scheduling |

To: <u>Mr. John Moore</u>

You are scheduled to take the <u>6 month test on August 11, 2011 at 8:00am</u> in the Training Room

at Midway MW Base. My signature indicates I understand that, failure to appear at the

aforementioned location on the scheduled date and time will result in a forfeiture of this testing

opportunity.  This forfeiture is counted as a failing score.

Under the current IBEW Training Agreement, I have 30-days to re-schedule a date if I fail or fail

to appear.  It is also understood that if I neglect to schedule a date one will be schedule

automatically 30-days from my failure. (As a reminder; two failures of any one test will result in

the dismissal from the program.)

Received and understood:

JOHN MOORE
(PRINT)

*(SIGNED)*

Date: 7/20/2011

# Exhibit D

NATIONAL RAILROAD PASSENGER CORPORATION
165 Royal Little Drive, Providence, RI 02904



01-AUG-2011


Mr. John Moore
Employee ID 0807709



Dear Mr. Moore,

As you know, when you entered Amtrak's Electric Traction Training Program your employment was temporary for the 180-day probationary period and continued employment would be based on the evaluation of your performance. At this time, I regret to inform you that your performance to date does not meet the needs of our department. Based on that, your application for employment with Amtrak has been denied.

I wish you good luck in your future employment endeavors.

Sincerely,

Michael Poole
*Assistant Division Engineer*
*NED-ET East*



Cc: Human Resources – File

# Exhibit E

A9

**ET Lineman Trainee Evaluations**

| Trainee Name | SAP | Evaluating Foreman | Date | Ability to Learn New Skills (1) | Attendance (2) | Interest & Initiative (3) | Teamwork (4) | Cooperation (5) | Reliability (6) | Acquired Skills & Job Knowledge (7) | Effective Comm. Skills (8) | Accuracy of Work Performed (9) | Results (10) | Safety Consciousness (11) | Total Score | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Moore | 807709 | Bissanti | 8/7/2011 | 2 | 2 | 2 | 3 | 3 | 3 | 2 | 2 | 2 | 3 | 3 | 27 | None noted |
| | | P. Rockett | 8/7/2011 | 2 | 3 | 3 | 3 | 2 | 3 | 2 | 2 | 3 | 3 | 2 | 23 | In short time I had him, noticed need to improve. |
| | | Dorchies | 8/9/2011 | 2 | N/A | N/A | 2 | 3 | 2.6 | N/A | 2.5 | N/A | 2 | N/A | 23 | Needs to improve; too eager to move on before absorbing |
| | | Pasquariello | 7/28/2011 | 2 | 3 | 2 | 2 | 3 | 1.5 | 1.5 | N/A | 3 | 3 | N/A | 28 | Needs to show more interest & get involved. Sleepy; mumbles, complains, seems "out of it" every night. |
| | | | 7/28/2011 | 2 | 3 | 2 | 3 | 2 | 3 | 2 | 1 | 2 | 3 | | 28 | Needs re-instruction, lack of initiative, lack of understanding & interest. Poor communication skills. Raw Score out of possible 280 = 127 |
| Jared Sheldon | 807687 | Dorchies | 7/27/2011 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 3 | | 38 | Best effort. A pleasure to work with. Raw Score out of possible 180 = 110  Percentile Score = 66.67 |
| | | Thackeberry | 8/8/2011 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 33 | Good potential. Talk less & listen more |
| | | P. Rockett | 8/7/2011 | 3 | 5 | 3 | 4 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 36 | Good kid. Tries hard with a good attitude |
| Daniel Meehan | 807711 | Dorchies | 8/8/2011 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 34 | Learns & applies. Good feedback, available, interested, volunteers, personable, reliable. Communicates well, gives |
| | | Pasquariello | 8/7/2011 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 4 | | | 44 | "Right on the ball" |
| | | Bissanti | 8/7/2011 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 4 | 4 | | 38 | Good worker, listens to directions & likes the job. A keeper. |
| | | Thackeberry | 7/28/2011 | | | | | | | | | | | | 45 | Percentile Score = 68.58 Raw Score out of possible 220 = |
| Daniel Rockett | 807688 | Thackeberry | 8/9/2011 | 3 | N/A | 4 | 3 | 3 | 3 | 3 | 3 | 3 | N/A | N/A | 33 | Mechanically inclined; Mature |
| | | Dorchies | 8/7/2011 | 2 | 3 | 2 | 3 | 3 | 3 | N/A | 2.5 | 3 | N/A | 2 | 22.5 | General interest in job & pleasant. Needs to show more interest. Reliable, team player, safety conscious, communicates well. Sometimes a wise guy but Raw Score out of possible 180 = 55.5 Percentile Score = 55.67 |
| Michael Williams | 807710 | Dorchies | 7/28/2011 | 2 | N/A | 2 | 3 | 3 | N/A | 3 | N/A | N/A | N/A | N/A | 39 | On par for his level, asks appropriate questions |
| | | Pasquariello | 6/6/2011 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 33 | Works well & shows interest |
| | | Bissanti | 6/7/2011 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 69 | Firm, did not work with this employee Raw Score out of possible 110 = 69 Percentile Score = 62.72 |

**Composite**

**Ratings Legend**
N/A  Not Applicable
1   Unsatisfactory
2   Requires Some Improvement
3   Satisfactory
4   Good Performance
5   Outstanding Performance

9/27/2011

# Exhibit F

| Amtrak® | ELECTRIC TRACTION - LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

## FIELD PERFORMANCE EVALUATION

Review Date: 7/28/2011

Division: NE

Employee Name: John Moore

Employee Number: 867709

Job Title: Electric Traction – Lineman Trainee

Reviewer Name: Kenneth Pasquariello

Reviewer Title: Foreman

PERFORMANCE ELEMENTS

**RATINGS**
| N/A | = | Not Applicable |
|---|---|---|
| 1 | = | Unsatisfactory |
| 2 | = | Requires Some Improvement |
| 3 | = | Satisfactory |
| 4 | = | Good Performance |
| 5 | = | Outstanding Performance |

Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.

### 1. Ability to Learn New Skills

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

Comments: John says he wants to learn his job

### 2. Attendance

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

Comments: John is always on time.

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**3. Interest and Initiative**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

Comments: John needs to show more Interest and get involved.

**4. Teamwork**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

Comments: When John gets Involved works well with others

**5. Cooperation (Work with Others)**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

Comments: wants to Cooperate

**6. Reliability (Job Performance)**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

Comments: John Says he wants to do the best Job as Possible. I think with some Possitive guidence he Can achieve This.

DCN: NED LTM-E
Status:

Attachment 4 - 2

Rev 00:00/00/0000
Baseline: 00/00/0000

| **Amtrak®** | **ELECTRIC TRACTION – LINEMAN TRAINING** |
|---|---|
| **TRAINING** | **ATTACHMENT 4** <br> **FIELD PERFORMANCE EVALUATION** |

**11. Safety Consciousness**     ☐ ☒ ☐ ☐ ☐ ☐

(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: John seems out of it every night.

**TOTAL SCORE**     36

Additional Comments: John says he want to Improve and Learn every aspect of the job but when observed by me he is always sleepy!

Reviewer's Signature     Date   7/28/2011

| **Amtrak®** | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

### FIELD PERFORMANCE EVALUATION

Review Date: _7/28/11_

Division: _NEW ENGLAND_

Employee Name: _John Moore_

Employee Number: _807709_

Job Title: _Electric Traction – Lineman Trainee_

Reviewer Name: _John Ricci_

Reviewer Title: _E.T/ Foreman_

PERFORMANCE ELEMENTS

RATINGS

| | | |
|---|---|---|
| N/A | = | Not Applicable |
| 1 | = | Unsatisfactory |
| 2 | = | Requires Some Improvement |
| 3 | = | Satisfactory |
| 4 | = | Good Performance |
| 5 | = | Outstanding Performance |

**Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**1. Ability to Learn New Skills**
(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

Comments: _ALTHOUGH WILLING TO LEARN. John NEEDS TO BE REINSTRUCTED IN MANY ASPECTS OF UNDERSTANDING, AND EXECUTING DIRECTIONS_

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**2. Attendance**
(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

Comments: _John's ATTENDANCE FOR THE MOST PART is GOOD, BUT COULD USE SOME IMPROVEMENT._

DCN: NED LTM-E
Status:

Attachment 4 - 1

Rev 00/00/00/0000
Baseline: 00/00/00/0000

p.1

Jul 28 11 10:40p

| Amtrak® | ELECTRIC TRACTION - LINEMAN TRAINING |
|---------|--------------------------------------|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

### 3. Interest and Initiative

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

Comments: _John NEEDS SOME IMPROVEMENT IN THIS AREA, AND NEEDS TO BE AWARE OF THE FACT THAT HE IS PART OF A TEAM_

### 4. Teamwork

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

Comments: _John is MORE TO HIMSELF BUT CAN AT TIMES BE A POSITIVE INFLUENCE._

### 5. Cooperation (Work with Others)

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

Comments: _John DOES WHAT HE is TOLD, AND is RESPECTFUL BUT DOES NOT REACH OUT TO OTHERS ON HIS OWN INITIATIVE._

### 6. Reliability (Job Performance)

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

Comments: _John is RELIABLE, BUT CAN IMPROVE IN JOB PERFORMANCE, ALTHOUGH John is WILLING TO LEARN._

DCN: NED LTM-E
Status:

Attachment 4 - 2

Rev 00:00/00/0000
Baseline: 00/00/0000

p.2                                    Jul 28 11 10:40p

| **Amtrak®** | ELECTRIC TRACTION - LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4 FIELD PERFORMANCE EVALUATION |

**7. Acquired Skills & Job Knowledge**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Competent in required skills and job knowledge, exhibits ability to learn and apply new skills, requires limited supervision, displays understanding of how job relates to others, uses resources effectively)

Comments: JOHN NEEDS A LOT OF IMPROVEMENT IN THE UNDERSTANDING AND EXECUTION OF HIS POSITION AS A LINEMAN

**8. Effective Communication Skills**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Expresses ideas and thoughts verbally, expresses ideas and thoughts in writing, exhibits good listening and comprehension, keeps others informed, selects and uses appropriate communication methods)

Comments: JOHN NEEDS TO BETTER EXPRESS HIMSELF VERBALLY, AND HIS WRITER SKILLS NEED TO BE MORE COMMUNICABLE.

**9. Accuracy of Work Performed**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

(Demonstrates accuracy and thoroughness, displays commitment to excellence, looks for ways to improve and promote quality, applies feedback to improve performance, monitors own work to ensure quality)

Comments: JOHN DOES TRY TO DO ALL THAT IS EXPECTED FROM HIM IN THIS POSITION

**10. Results (Gets the Job Done)**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

(Meets productivity standards, completes work on time, strives to increase productivity, achieves established goals)

Comments: JOHN, FOR THE MOST PART MEETS ALL REQUIREMENTS IN THIS AREA

| N/A | 1 | 2 | ③ | 4 | 5 |
|---|---|---|---|---|---|

DCN: NED LTM-E
Status:

Attachment 4 - 3

Rev 00:00/00/0000
Baseline: 00/00/0000

| **Amtrak®** | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**11. Safety Consciousness**    ☐ ☐ ☐ ☑ ☐ ☐

(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: John For The most Part is Safety
Conscious

**TOTAL SCORE**    28

Additional Comments: John Needs Improvement In Many Areas. I Hope
In Due Time He will Show A Little more
Interest In His Job.

_John Ricci_                    7/28/11
Reviewer's Signature            Date

DCN: NED LTM-E
Status:

Attachment 4 - 4

Rev 00:00/00/0000
Baseline: 00/00/0000

Jul 28 11 10:40p                    p.4

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

### FIELD PERFORMANCE EVALUATION

Review Date: _6.7.2011_

Division: _NED EAST._

Employee Name: _John D. Moore_

Employee Number: _00807709_

Job Title: _Electric Traction – Lineman Trainee_

Reviewer Name: _John Bissant_

Reviewer Title: _E.T. Foreman_

PERFORMANCE ELEMENTS

| | RATINGS |
|---|---|
| N/A = | Not Applicable |
| 1 = | Unsatisfactory |
| 2 = | Requires Some Improvement |
| 3 = | Satisfactory |
| 4 = | Good Performance |
| 5 = | Outstanding Performance |

**Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.**

**1. Ability to Learn New Skills**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

Comments: _____

_____

_____

**2. Attendance**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

Comments: _____

_____

_____

DCN: NED LTM-E
Status:

Attachment 4 - 1

Rev 00:00/00/0000
Baseline: 00/00/0000

| **Amtrak®** | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**3. Interest and Initiative**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

Comments: _____
_____
_____

**4. Teamwork**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

Comments: _____
_____
_____

**5. Cooperation (Work with Others)**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

Comments: _____
_____
_____

**6. Reliability (Job Performance)**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

Comments: _____
_____
_____

DCN: NED LTM-E
Status:

Attachment 4 - 2

Rev 00:00/00/0000
Baseline: 00/00/0000

| **Amtrak®** | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**11. Safety Consciousness**
(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: _____
_____
_____

**TOTAL SCORE**    27

**Additional Comments:**
_____
_____
_____
_____
_____
_____

*John J. Bissanti*                    6/7/2011

Reviewer's Signature                    Date

| Amtrak® | ELECTRIC TRACTION - LINEMAN TRAINING |
|---------|--------------------------------------|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

## FIELD PERFORMANCE EVALUATION

Review Date: _6-7-11_

Division: _N-E_

Employee Name: _John Moore_

Employee Number: _807709_

Job Title: __Electric Traction – Lineman Trainee_

Reviewer Name: _P. Rockett_

Reviewer Title: _ET Foreman_

PERFORMANCE ELEMENTS

RATINGS

| N/A | = | Not Applicable |
|-----|---|----------------|
| 1 | = | Unsatisfactory |
| 2 | = | Requires Some Improvement |
| 3 | = | Satisfactory |
| 4 | = | Good Performance |
| 5 | = | Outstanding Performance |

**Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.**

**1. Ability to Learn New Skills**

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

Comments: _____

_____

_____

**2. Attendance**

| N/A | 1 | 2 | 3 | 4 | 5 |
|-----|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

Comments: _____

_____

_____

DCN: NED LTM-E
Status:

Attachment 4 - 1

Rev 00:00/00/0000
Baseline: 00/00/0000

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

### 3. Interest and Initiative

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

Comments: _____
_____
_____

### 4. Teamwork

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

Comments: _____
_____
_____

### 5. Cooperation (Work with Others)

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

Comments: _____
_____
_____

### 6. Reliability (Job Performance)

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
|  | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

Comments: _____
_____
_____

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4 <br> FIELD PERFORMANCE EVALUATION |

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **7. Acquired Skills & Job Knowledge** | X |  |  |  |  |  |

(Competent in required skills and job knowledge, exhibits ability to learn and apply new skills, requires limited supervision, displays understanding of how job relates to others, uses resources effectively)

Comments: _____
_____
_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **8. Effective Communication Skills** |  |  | X |  |  |  |

(Expresses ideas and thoughts verbally, expresses ideas and thoughts in writing, exhibits good listening and comprehension, keeps others informed, selects and uses appropriate communication methods)

Comments: _____
_____
_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **9. Accuracy of Work Performed** |  |  |  | X |  |  |

(Demonstrates accuracy and thoroughness, displays commitment to excellence, looks for ways to improve and promote quality, applies feedback to improve performance, monitors own work to ensure quality)

Comments: _____
_____
_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **10. Results (Gets the Job Done)** |  |  |  | X |  |  |

(Meets productivity standards, completes work on time, strives to increase productivity, achieves established goals)

Comments: _____
_____
_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

Jun 07 11 03:37a                                                        p.4

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---------|--------------------------------------|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**11. Safety Consciousness**  ☐ ☐ ☐ ☒ ☐ ☐
(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: _____
_____
_____

**TOTAL SCORE**          _____

Additional Comments: _For the Short Time I had_
_Him Noticed Room for Improvement._
_____
_____
_____
_____

P. Rockett                    ET
Reviewer's Signature          Date

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

## FIELD PERFORMANCE EVALUATION

Review Date: 6/6/2011

Division: NED EAST

Employee Name: John D. Moore

Employee Number: 00807709

Job Title: Electric Traction -- Lineman Trainee

Reviewer Name: Robert S. Dorchies

Reviewer Title: ET Foreman

PERFORMANCE ELEMENTS

RATINGS
N/A = Not Applicable
1 = Unsatisfactory
2 = Requires Some Improvement
3 = Satisfactory
4 = Good Performance
5 = Outstanding Performance

**Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.**

**1. Ability to Learn New Skills**
(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Comments: NEEDS IMPROVEMENT IN MANAGING COMPETING DEMANDS.

**2. Attendance**
(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Comments: VERY PUNCTUAL (USUALLY EARLY)

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

### 3. Interest and Initiative
(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

[N/A ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐]

Comments: READILY VOLUNTEERS FOR TASKS THAT HE IS INTERESTED IN, BUT 'SHYS AWAY' FROM THE MORE DIFFICULT TASKS.

### 4. Teamwork
(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

[N/A ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐]

Comments: WILL WORK WITH 'TEAM' WHEN ASKED, BUT IS MORE INTERESTED IN HIS OWN ADVANCEMENT THAN THE GOALS OF THE 'TEAM'.

### 5. Cooperation (Work with Others)
(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

[N/A ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5 ☐]

Comments: GENERALLY PLEASANT, AND WILL READILY OFFER ASSISTANCE. *NEEDS IMPROVEMENT IN EXHIBITING TACTFULNESS.

### 6. Reliability (Job Performance)
(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

[N/A ☐ 1 ☐ 2 ☒ → 3 ☒ 4 ☐ 5 ☐]

Comments:
• RESPONDS TO REQUESTS FOR ASSISTANCE = [3]
• FOLLOWS INSTRUCTIONS [2]
• TAKES RESPONSIBILITY FOR OWN ACTIONS [2]
• COMMITS TO DOING BEST JOB POSSIBLE [2]
• KEEPS COMMITMENTS [3]
• MEETS ATTENDANCE / PUNCTUALITY [5]

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **7. Acquired Skills & Job Knowledge** |  | ☒ | ☒ |  |  |  |

(Competent in required skills and job knowledge, exhibits ability to learn and apply new skills, requires limited supervision, displays understanding of how job relates to others, uses resources effectively)

Comments: MUST BE TOLD OR HAVE WORKED EXPLAINED TO HIM MORE THAN ANTICIPATED; NEEDS TO BE SUPERVISED MORE THAN OTHERS.

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **8. Effective Communication Skills** |  | ☒ |  |  |  |  |

(Expresses ideas and thoughts verbally, expresses ideas and thoughts in writing, exhibits good listening and comprehension, keeps others informed, selects and uses appropriate communication methods)

Comments: NOT AN EFFECTIVE COMMUNICATOR – HAS DIFFICULTY STAYING "ON-TOPIC", INTERRUPTS OTHERS CONVERSATIONS AT INAPPROPRIATE TIMES)

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **9. Accuracy of Work Performed** |  |  | ☒ |  |  |  |

(Demonstrates accuracy and thoroughness, displays commitment to excellence, looks for ways to improve and promote quality, applies feedback to improve performance, monitors own work to ensure quality)

Comments: ATTEMPTS TO BE ACCURATE, BUT NEEDS IMPROVEMENT IN "LISTENING & COMPREHENSION" (AS NOTED IN #8 ABOVE).

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **10. Results (Gets the Job Done)** |  |  |  | ☒ |  |  |

(Meets productivity standards, completes work on time, strives to increase productivity, achieves established goals)

Comments: WHEN THOROUGHLY EXPLAINED TO EMPLOYEE WILL WORK TO MEET GOALS.

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

| **Amtrak®** | ELECTRIC TRACTION - LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

## 11. Safety Consciousness

(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: TENDS TO ATTEMPT ACTIONS PRE-
MATURELY (BEFORE THINKING WORK
THROUGH) - NEED TO LEARN HOW TO THINK WORK THROUGH
BEFORE STARTING

**TOTAL SCORE** (2,3)

**Additional Comments:**
THIS EMPLOYEE NEEDS TO IMPROVE IN SEVERAL AREAS. HE SEEMS
TO HAVE A KEEN INTEREST IN THE JOB, BUT IS TOO ANXIOUS TO
MOVE ON TO A NEW TASK/TOPIC BEFORE "ABSORBING" THE THINGS IMMEDIATELY
AT HAND.

Reviewer's Signature _____     Date 6/6/2011

Jun 07 11 08:37a                                                                     p.2

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

**3. Interest and Initiative**    [N/A ☒]

(Volunteers readily, undertakes self-development activities, seeks increased responsibility, takes independent actions without safety risks, looks for and takes advantage of opportunities, asks for help when needed)

Comments: _____

_____

_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

**4. Teamwork**    [N/A ☒]

(Balances team and individual responsibilities, exhibits objectivity and openness to others' views, gives welcome feedback, contributes to building a positive team spirit, puts success of team above own interests)

Comments: _____

_____

_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

**5. Cooperation (Work with Others)**    [3 ☒]

(Establishes and maintains effective relations, exhibits tact and consideration, displays positive outlook and pleasant manner, offers assistance and support to coworkers, works cooperatively in group situations, works actively to resolve conflicts)

Comments: _____

_____

_____

|  | N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|

**6. Reliability (Job Performance)**    [3 ☒]

(Responds to requests for service and assistance, follows instructions, takes responsibility for own actions, commits to doing the best job possible, keeps commitments, meets attendance and punctuality guidelines)

Comments: _____

_____

_____

DCN: NED LTM-E                     Attachment 4 - 2              Rev 00:00/00/0000
Status:                                                         Baseline: 00/00/0000

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

**11. Safety Consciousness**
(Observes safety and security procedures, determines appropriate action beyond guidelines, uses equipment and materials properly, reports potentially unsafe conditions)

Comments: _____
_____
_____

**TOTAL SCORE**    27

**Additional Comments:**
_____
_____
_____
_____
_____
_____

_John T. Brisanti_                    6/7/2011
Reviewer's Signature                 Date

| Amtrak® | ELECTRIC TRACTION – LINEMAN TRAINING |
|---|---|
| TRAINING | ATTACHMENT 4<br>FIELD PERFORMANCE EVALUATION |

### FIELD PERFORMANCE EVALUATION

Review Date: _6.7.2011_

Division: _NED EAST._

Employee Name: _John D. Moore_

Employee Number: _00807708_

Job Title: _Electric Traction – Lineman Trainee_

Reviewer Name: _John Bissante_

Reviewer Title: _E.T. Foreman_

PERFORMANCE ELEMENTS

| RATINGS | | |
|---|---|---|
| N/A | = | Not Applicable |
| 1 | = | Unsatisfactory |
| 2 | = | Requires Some Improvement |
| 3 | = | Satisfactory |
| 4 | = | Good Performance |
| 5 | = | Outstanding Performance |

**Any rating of 1 or 5 must be supported with a written comment explaining the reason for the rating.**

**1. Ability to Learn New Skills**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Adapts to changes in the work environment, manages competing demands, accepts criticism and feedback, changes approach or method to best fit the situation)

Comments: _____

_____

_____

**2. Attendance**

| N/A | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Schedules time off in advance, Begins work on time, keeps absences within guidelines, ensures work responsibilities are covered when absent, arrives at meetings and appointments on time)

Comments: _____

_____

_____

# Exhibit G

| BASIC TRAINING | | | Moore | | | |
| --- | --- | --- | --- | --- | --- | --- |
| MODULE # and DESCRIPTION | DATE | | | | | |
| Seven Day Test | 3-11 | 88 | 91 | 87 | 86 | 89 |
| ETB-01  Pre-Job Conference/ Safety Job Briefing | 28-Feb | 100 | 75 | 75 | 100 | 75 |
| ETB-02  Overhead Catenary System Overview | 11-Feb | pass | pass | pass | pass | pass |
| ETB-03  Tie Six Basic Knots | 4-Mar | 89 | 55/100 | 89 | 89 | 78 |
| ETB-04  First Aid | 4-Mar | 100 | 60/90 | 90 | 90 | 90 |
| ETB-05  Housekeeping | 8-Mar | 100 | 100 | 100 | 100 | 100 |
| ETB-06  Use of Hand Line | 14-Mar | 100 | 60/100 | 80 | 60/100 | 80 |
| ETB-07  Learn to Climb a Pole | 28-Feb | 94 | 66/74 | 86 | 100 | 100 |
| ETB-08  Stup of Ladders | 16-Mar | 100 | 100 | 100 | 100 | 100 |
| ETB-09  Clearance Procedures | 10-Mar | 20/100 | 60/80 | 60/100 | 80 | 80 |
| ETB-10  Application and Removal of TGD's | 2-Mar | 90 | 70 | 100 | 90 | 70 |
| ETB-11  Rigging Procedures | 17-Mar | 100 | 100 | 84 | 100 | 100 |
| ETB-12  Highway Rail Vehicle Operation | 15-Mar | 80 | 100 | 80 | 80 | 100 |
| ETB-13  Cut-in Insulation | 17-Mar | 90 | 80 | 90 | 100 | 100 |
| ETB-14  Inspect Fire Extinguishers | 14-Mar | 100 | 100 | 100 | 100 | 100 |
| ETB-15  Pre-flight Bucket Truck & Bucket Qual. | | pass | pass | pass | pass | pass |
| ETB-16  Install Conductor Ties | | pass | pass | pass | pass | pass |
| ETB-17  Conductors, Types and Descriptions | 8-Mar | 100 | 80 | 90 | 80 | 100 |
| ETB-18  Railroad and ET Terminology | 9-Mar | 100 | 100 | 100 | 100 | 100 |
| ETB-19  Pole Top Rescue | 18-Apr | 89 | 78 | 100 | 89 | 89 |
| ETB-20  Tree Trimming/ Chain Saw | | | | | | |
| ETB-21  Oxy/Fuel (Burning) | | | | | | |