*Notify*

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT

Suffolk, ss.

SUFFOLK SUPERIOR COURT
Civil Action No. 13-4232B

John Moore

v.

AMTRAK

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

John Moore, Plaintiff in the above-captioned matter, moves this Court pursuant to M.R.C.P 15(a) and (b) leave to amend his Complaint. As reasons in support thereof, Plaintiff states as follows:

1. Plaintiff filed the original complaint as a *pro se* litigant.

2. When plaintiff filed the original complaint, Plaintiff was under a great deal of pressure to have the complaint filed prior to the expiration of the statute of limitations.

3. Due to the filing being time sensitive, coupled with plaintiff being a *pro se* litigant with no legal training or experience, plaintiff failed to included facts and causes of action in the original complaint.

4. After filing the original complaint, plaintiff was subsequently able to retain private counsel.

5. Plaintiff's counsel filed his appearance on July 17, 2014.

6. There are currently no motions pending before the court in this matter.

7. This matter has not yet been scheduled for trial, and the resolution deadline is currently scheduled for September 23, 2015.

8. Defendant will not suffer unfair prejudice by the allowance of this motion.

1

*[Handwritten margin note: Plus motion is denied without prejudice for failure to comply with Superior Court Rule 9a.]*

*[Handwritten: Erin ___ J.S.C. 9/19/14]*

*[Handwritten right margin: 9/19 9-23 NOTICE S/ 09.23.14 M.L.+B. P.J.M. N.F. (LAT)]*