UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Moore,<br><br>                Plaintiff,<br><br>v.<br><br>Amtrak,<br><br>                Defendant. | **CIVIL ACTION NO.** \_\_\_\_ |

## DECLARATION OF SUZANNE ALLAN

I, the undersigned, Suzanne Allan, declare that:

1. I am employed by Defendant National Railroad Passenger Corporation ("Amtrak") as Talent Acquisition Manager. I make this declaration in support of Amtrak's Notice of Removal of Action to the United States District Court for the District of Massachusetts. In my capacity as Talent Acquisition Manager, I have access to and personal knowledge of the matters and information set forth in this declaration and if called upon to testify thereto, could and would competently do so. I am authorized to make these statements on behalf of Amtrak.

2. I have reviewed John Moore's employment and payroll history in preparation for this declaration.

3. Amtrak employed John Moore as a probationary employee in its electric traction department in Boston, Massachusetts from February 9, 2011 until August 1, 2011.

4. During his employment with Amtrak, Mr. Moore earned a minimum of $23.12 per hour and worked a minimum of 40 hours per week. Mr. Moore therefore earned a minimum of $924.80 per week. Annualized, this number is at least $48,089.60 ($924.80 X 52 weeks).

I declare under the pains of perjury under the laws of the United States of America and the Commonwealth of Massachusetts that the foregoing is true and correct, based on my personal knowledge.

Executed on this 24rd day of September, 2014.

*/s/ Suzanne Allan*
SUZANNE ALLAN