# EXHIBIT E

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                                 SUPERIOR COURT DEPT

| | |
|---|---|
| JOHN MOORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMTRAK,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 13-4232 |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

TO THE CLERK FOR SUFFOLK COUNTY SUPERIOR COURT:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, please take notice that on September 24, 2014, Defendant National Railroad Passenger Corporation ("Amtrak") filed a Notice of Removal of this case to the United States District Court for the District of Massachusetts, and was assigned Case No. _____. A copy of the Notice of Removal with electronic file stamp is attached.

Dated: September 24, 2014

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

By: _____
Peter J. Mee (BBO #677081)
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: 617.341.7700
Facsimile: 617.341.7701
pmee@morganlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I, Peter J. Mee, hereby certify that I caused to be served a true and correct copy of the foregoing Defendant's Notice of Filing Notice of Removal to the United States District Court for the District of Massachusetts via United States mail, postage prepaid, September 24, 2014, on:

Nicholas Frye
Blank & Solomon Law Offices
11 Beacon Street, Suite 315
Boston, MA 02108
frye@blankandsolomonlaw.com

_____
Peter J. Mee

DB1/ 80793742.1